# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**HECTOR CARDONA CRUZ**

**xxx–xx–5721**

Debtor(s)

Case No. **14–03942 BKT**

Chapter **13**

FILED & ENTERED ON 2/9/16

*ORDER*

Upon debtor(s) failure to comply with the Court's Order on (docket entry #55), the post confirmation modification of plan dated 1/5/16 (docket #52, 54, 55) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, February 9, 2016 .

Brian K. Tester
United States Bankruptcy Judge