UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
HECTOR CARDONA CRUZ

CASE NO. 14-03942-BKT

CHAPTER 13

DEBTOR (S)

TRUSTEE'S REPORT REGARDING THE STATUS
OF CHAPTER 13 PLAN PAYMENTS

TO THE HONORABLE COURT:

 José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very respectfully alleges and prays:

 1. The Trustee hereby provides a report regarding the status of the Chapter 13 Plan payments in this case.

 2. As of February 11, 2016 our record of payments received in this case reflects the following:

    - Total Paid in:         $6,417.00
    - Balance on Hand:       $0.00
    - Last Payment date:     December 07, 2015
    - Last Payment Amount:   $435.00
    - Amount in Default:     $1,738.00
    - Plan Date:             June 22, 2015

 3. If debtor(s) have paid an amount greater than the amount stated above, then please provide the Office of the Chapter 13 Trustee with evidence of the payments totaling a different amount.

 WHEREFORE, the Chapter 13 Trustee respectfully prays that this information provided herein be taken in consideration in the pertinent proceedings before this Honorable Court.

 I HEREBY CERTIFY that on this date I notified a true copy of this document to the Debtor(s) to her/his/their address of record by first-class mail, and by electronic means (CM/ECF System) to her/his/their attorney of record.

 In San Juan, Puerto Rico this Thursday, February 11, 2016.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884,
San Juan, P.R. 00902-3884
Tel (787) 977-3535
FAX (787) 977-3550